1  THAD A. DAVIS (SBN 220503)
   thad.davis@ropesgray.com
2  ROCKY C. TSAI (SBN 221452)
   rocky.tsai@ropesgray.com
3  ROPES & GRAY LLP
   Three Embarcadero Center, Ste 300
4  San Francisco, California  94111-4006
   Tel:    (415) 315- 6300
5  Fax:    (415) 315-6350

6  HARVEY J. WOLKOFF
   harvey.wolkoff@ropesgray.com
7  MARK P. SZPAK
   mark.szpak@ropesgray.com
8  LARA A. ORAVEC
   lara.oravec@ropesgray.com
9  ROPES & GRAY LLP
   Prudential Tower, 800 Boylston Street
10 Boston, MA  02199-3600
   Tel:    (617) 951-7606
11 Fax:    (617) 235-0215

12 Attorneys for Defendants
   SONY COMPUTER ENTERTAINMENT AMERICA LLC
13 SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC

14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  BRIAN TOGLIA, individually and on behalf of all others similarly situated, | Case No.   3:11-cv-02281-EMC |
| 20  Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO VACATE CASE** |
| 21  v. | **MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| 22  SONY COMPUTER ENTERTAINMENT | |
| 23  AMERICA LLC, and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, | Judge:  Hon. Edward M. Chen |
| 24  Defendants. | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

27371252_1.DOC

## STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least sixty-two (62) putative class action lawsuits, including this lawsuit, to date;

WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters before a single district court, to which multiple responses, including the Sony Defendants' response, have been filed to date and are under submission before the JPML, with a hearing date of July 28, 2011;

WHEREAS, the current date of the initial Case Management Conference ("CMC") in this case is August 24, 2011 and certain other deadlines are set forth in the Order Setting Initial Case Management Conference and ADR Deadlines;

WHEREAS, the parties have agreed that it is in the best interests of all parties to vacate the CMC and associated deadlines in this case in order to facilitate the scheduling of this matter in coordination with the schedule for the motion and hearing before the JPML;

NOW, THEREFORE, all parties, by and through their respective counsel, hereby stipulate for an order as follows:

In light of the motion for centralization pending before the JPML, the CMC and all associated deadlines, including those set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, in the above-entitled action shall be vacated and further pretrial and scheduling matters shall be addressed by the transferee judge following centralization or, in the event such motion for centralization is denied, the defendants will notify the Court within a reasonable time thereafter, so that the Court may at that time issue a revised case schedule.

STIPULATION AND PROPOSED ORDER TO VACATE
CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES
CASE NO. 3:11-cv-02281-EMC

1

Dated: July 27, 2011

2

VAHN ALEXANDER
FARUQI & FARUQI LLP

3

4

By:  /s/ Vahn Alexander/s/    [as authorized]
        Vahn Alexander

5

6

Attorneys for Plaintiffs
BRIAN TOGLIA
RANDAL CORY WALKER

7

8

9

Dated: July 27, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

10

11

12

By:  /s/ Rocky C. Tsai /s/
        Rocky C. Tsai

13

14

Attorneys for Defendants
SONY COMPUTER
ENTERTAINMENT AMERICA LLC
and
SONY NETWORK ENTERTAINMENT
INTERNATIONAL LLC

15

16

17

18

**[PROPOSED] ORDER**

19

20

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The CMC set for 8/24/11 is reset for 1/27/12 at 9:00 a.m.  A joint CMC statement shall

21

be filed by 1/20/12.

Dated: _____7/27/11_____       By: _____

22

U. S. District Court Judge

23

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

24

25

26

27

28

-3-

STIPULATION AND PROPOSED ORDER TO VACATE
CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES
CASE NO. 3:11-cv-02281-EMC